[No. 10328-8-I. Division One. December 29, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD A. DAHLQUIST, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 80-1-00680-5, John E. Rutter, Jr., J., entered April 6, 1981. *Dismissed* by unpublished opinion per Andersen, C.J., concurred in by Swanson and Williams, JJ.

[No. 10907-3-I. Division One. December 29, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID HARRINGTON, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 81-1-00120-8, Dennis J. Britt, J., entered June 26, 1981. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 10135-8-I. Division One. December 29, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. CLYDE VAN DEN ELZEN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 58780, Arthur W. Verharen, J., entered April 1, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Williams and Corbett, JJ.

[No. 10090-4-I. Division One. December 29, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. LEROY JONES, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86316, Jack P. Scholfield, J., entered August 6, 1979. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Williams and Corbett, JJ.